## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Heather Davis, James Davis,

       Plaintiffs,                Civil No. 09-897 (RHK/RLE)

vs.                                     **ORDER**

Organon USA, Inc., Organon Pharmaceutical
USA, Inc., Organon International, Inc.,
Akzo Nobel NV, Schering-Plough Corporation,
Organon Biosciences, NV,

       Defendants.

---

    This matter is venued in the Sixth Division.

    All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Fergus Falls, Minnesota, unless otherwise directed by the Court.

Dated: April 24, 2009

                                                  s/Richard H. Kyle
                                                  RICHARD H. KYLE
                                                  United States District Judge